DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM C. CULLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:09-MJ-0263 GGH |
| Plaintiff, | ) |
| v. | ) **ORDER DIRECTING MARSHAL TO FURNISH MEANS OF NONCUSTODIAL TRANSPORTATION** |
| WILLIAM C. CULLEN, | ) |
| Defendant. | ) Judge: Hon. Gregory G. Hollows |

Defendant was arrested in this district on Information No. 5:09-MJ-96-K, filed by a Special Assistant U.S. Attorney in the Western District of Kentucky at Fort Campbell. On September 10, 2009, the Court ordered defendant released on his own recognizance. At a hearing held September 24, 2009, the Court ordered defendant to appear before the Magistrate Judge at Fort Campbell on October 7, 2009, at 8:00 a.m., and stated that it would grant defendant's request for payment of his non-custodial travel, in the interests of justice. The Court previously found defendant financially indigent and eligible for appointment of counsel.

1   Accordingly, pursuant to 18 U.S.C. § 4285, the Court hereby orders the Marshal to arrange for defendant's means of non-custodial transportation, or to furnish the fare for his transportation, to his appearance before the Magistrate Judge at Fort Campbell, Kentucky, on October 7, 2009, at 8:00 a.m., and further directs the Marshal to furnish subsistence expenses to that destination in accordance with the statute.

IT IS SO ORDERED.

Dated: September 25, 2009               /s/ Gregory G. Hollows
                                        _____
                                        HON. GREGORY G. HOLLOWS
                                        United States Magistrate Judge

cullen.trsp